| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Bastian, Stanley A. | 2. Court or Organization United States District Court | 3. Date of Report 09/20/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active Status | 5a. Report Type (check appropriate type) [✓] Nomination Date 09/19/2013 [ ] Initial [ ] Annual [ ] Final 5b. [ ] Amended Report | 6. Reporting Period 01/01/2012 to 09/13/2013 |

**7. Chambers or Office Address**

U. S. Courthouse
825 Jadwin Avenue
Richland, Washington 99352

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Employee/Managing Partner | Jeffers, Danielson, Sonn & Aylward, P.S. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1986 | Jeffers, Danielson, Sonn & Aylward, P.S. Compensation and Retirement Plan, termination buy out equivalent to value of nine months of current monthly salary |
| 2. 2010 | Jeffers, Danielson, Sonn & Aylward, P.S. 401(k) - includes provisions for contributions by both employee and employer. |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2013 | Jeffers, Danielson, Sonn & Aylward, P.S. - salary | $155,833.39 |
| 2. | 2012 | Jeffers, Danielson, Sonn & Aylward, P.S. - salary | $214,972.00 |
| 3. | 2011 | Jeffers, Danielson, Sonn & Aylward, P.S. - salary | $173,822.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2013 | State of Washington - salary |
| 2. | 2013 | Chelan County - salary |
| 3. | 2012 | Chelan County - salary |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

**FINANCIAL DISCLOSURE REPORT**

Page 3 of 8

Name of Person Reporting

Bastian, Stanley A.

Date of Report

09/20/2013

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | AllianceBernstein 2020 Retirement Strategy Fund | | None | J | T | Exempt | | | | |
| 2. | Amazon common stock- AMZN | | None | J | T | | | | | |
| 3. | Amgen Inc, common stock - AMGN | A | Dividend | K | T | | | | | |
| 4. | Baron Partners Fund - BPTRX | | None | J | T | | | | | |
| 5. | Boeing common stock - BA | A | Dividend | J | T | | | | | |
| 6. | Dodge & Cox Fund - DODFX | A | Dividend | J | T | | | | | |
| 7. | Dreyfus S&P 500 Index Fund - PEOPX | E | Dividend | O | T | | | | | |
| 8. | Fidelity Freedom 2025 Fund - FATWX | C | Dividend | L | T | | | | | |
| 9. | Fidelity New Insights Fund - FNIAX | A | Dividend | M | T | | | | | |
| 10. | Janus High Yield Fund - JAHYX | A | Dividend | J | T | | | | | |
| 11. | Janus Overseas Fund - JAOSX | A | Dividend | J | T | | | | | |
| 12. | Microsoft common stock - MSFT | A | Dividend | K | T | | | | | |
| 13. | Oncogenex Pharm. stock - OGXI | | None | J | T | | | | | |
| 14. | Rydex Nasdaq 100 Strategy Fund - RYOCX | A | Dividend | J | T | | | | | |
| 15. | Schwab Core Equity Fund - SWANX | A | Dividend | K | T | | | | | |
| 16. | Schwab Dividend Equity Fund - SWDSX | A | Dividend | J | T | | | | | |
| 17. | Schwab Large Cap Growth Fund - SWLSX | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab S&P 500 Index Fund - SWPPX | A | Dividend | J | T | | | | | |
| 19. Schwab Small Cap Equity Fund - SWSCX | A | Dividend | J | T | | | | | |
| 20. Schwab Total Stock Fund - SWTSX | A | Dividend | J | T | | | | | |
| 21. Scout International Fund UMBWX | A | Dividend | J | T | | | | | |
| 22. SSgA Internation Stock Selection Fund - SSAIX | A | Dividend | J | T | | | | | |
| 23. T. Rowe Price Blue Chip Fund - TRBCX | | None | J | T | | | | | |
| 24. UPS Inc. common stock - UPS | A | Dividend | J | T | | | | | |
| 25. Vanguard Emerging Market Equity Index Fund - | A | Dividend | M | T | | | | | |
| 26. Vanguard Internation Growth Fund - VWIGX | | None | J | T | | | | | |
| 27. Vanguard Total Stock Fund - VTSMX | A | Dividend | K | T | | | | | |
| 28. Vanguard U.S. Large Cap Equity Index Fund - | A | Dividend | L | T | | | | | |
| 29. Vanguard U.S. Small Cap Value Equity Fund | A | Dividend | L | T | | | | | |
| 30. Wasate Small Cap Growth Fund - WAAEX | A | Dividend | J | T | | | | | |
| 31. Washington State Bond Fund | | None | M | T | | | | | |
| 32. WMI Holdings Stock - WMIH | | None | J | T | | | | | |
| 33. Bank of America accounts | A | Interest | M | T | | | | | |
| 34. Chase Bank account | A | Interest | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 35. | Banner Bank accounts | A | Interest | L | T | | | | | |
| 36. | Cashmere Valley Bank accounts | A | Interest | J | T | | | | | |
| 37. | Charles Schwab accounts | B | Interest | K | T | | | | | |
| 38. | Utah Educational 529 Savings Plan- Age BasedAggressiveGlobal | A | Interest | L | T | | | | | |
| 39. | Washington 529 GET accounts | A | Interest | L | T | | | | | |
| 40. | Jeffers, Danielson, Sonn & Aylward P.S. stock | | None | K | U | | | | | |
| 41. | Nakata Orchards, Inc. | E | Int./Div. | M | W | | | | | |
| 42. | JDSA Building, LLC | D | Dividend | M | W | | | | | |
| 43. | | | | | | | | | | |
| 44. | | | | | | | | | | |
| 45. | | | | | | | | | | |
| 46. | | | | | | | | | | |
| 47. | | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bastian, Stanley A. | 09/20/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bastian, Stanley A. | 09/20/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Stanley A. Bastian**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 181 | 115 | Notes payable to banks-secured (auto) | | 29 | 347 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities -- see schedule | 1 | 552 | 818 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 100 | 744 |
| Real estate owned-add schedule | | 680 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 120 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Jeffers, Danielson Law Firm stock | | 25 | 000 | | | | |
| Nakata Orchards, Inc. stock | | 200 | 000 | | | | |
| | | | | Total liabilities | | 130 | 091 |
| | | | | Net Worth | 2 | 628 | 842 |
| Total Assets | 2 | 758 | 933 | Total liabilities and net worth | 2 | 758 | 933 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | Yes | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |